

**Potter
Anderson
Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

**Philip A. Rovner**
Partner
provner@potteranderson.com
(302) 984-6140 Direct Phone
(302) 658-1192 Fax

January 23, 2013

**BY E-FILE**

The Honorable Gregory M. Sleet
Chief Judge
United States District Court
  for the District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE  19801

      Re:    Invensas Corporation v. Renesas Electronics Corporation,
              D. Del., C.A. No. 11-448-GMS-CJB

Dear Chief Judge Sleet:

      In anticipation of the discovery teleconference scheduled for January 24, 2013, at 11:30 a.m. in the above-referenced matter, the parties jointly submit the following item to be presented to the Court:

    Plaintiff's Issue:

    1.    Plaintiff's request to reduce the number of claim terms for construction.

      Letter briefs were submitted to Magistrate Judge Burke on this issue. (D.I. 62 and 63). By oral order of January 14, 2013, Judge Burke noted that the case had not been referred to him for claim construction and indicated that the present dispute should be submitted to this Court.

                                                Respectfully,

                                               /s/ *Philip A. Rovner*

                                               Philip A. Rovner
                                               provner@potteranderson.com

PAR/mes/1091123
cc:  All counsel of record – by CM/ECF and E-mail